COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Appellate case name:    Brent Corwin Bullock v. The State of Texas

Appellate case number:  01-11-00347-CR

Trial court case number: 1695910

Trial court:            Criminal County Court at Law No. 7 of Harris County, Texas

On May 17, 2012, the Court abated this case for preparation and filing of supplemental clerk's and reporter's records. The supplemental clerk's and reporter's records were filed on June 5, 2012. Accordingly, this case is **reinstated**. The appellee's brief is due July 5, 2012.

It is so ORDERED.

Judge's signature: **/s/ Justice Harvey G. Brown**
                   acting individually

Date:              June 18, 2012